Appellants.— Determination affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an answer on payment of said costs and the costs and disbursements at the Appellate Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

AMERICAN YELLOW TAXI OPERATORS, INC., Appellant, v. JOHN BARRY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELIAS R. WILNER, Respondent, v. KAUFMAN MANDELL and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELIAS R. WILNER, Appellant, v. KAUFMAN MANDELL and Another, Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Lindner* v. *Starin* (128 App. Div. 664) and also on the ground that one of the causes of action is an action for conversion and not referable. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HORACE M. GRAFF and Another, Appellants, v. MAHLON L. SEIDEL and Another, Transacting Business under the Firm Name and Style of ACORN HOSIERY MILLS, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HORACE M. GRAFF and Another, Respondents, v. MAHLON L. SEIDEL, Impleaded with SOLON D. BAUSHER, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of CHARLES P. SULLIVAN and THOMAS O'SULLIVAN, Attorneys.— Proceedings dismissed. No opinion. Settle orders on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of RALPH UNDERHILL, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MARTIN ERDMANN v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM ERDMANN v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. A. LEVY COMPANY, INC., v. COLUMBIA OVERSEAS CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS KAPLAN v. LOUIS DAVIS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GUION M. GEST v. BHAGIRATH MOHTA and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD T. DONOVAN v. BELT LINE RAILWAY CORPORATION. EDWARD DONOVAN v. BELT LINE RAILWAY CORPORATION.— Application denied, with ten